

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00185-CV

| | | |
|---|---|---|
| THE CITY OF FORT WORTH AND DAVID COOKE, IN HIS OFFICIAL CAPACITY AS FORT WORTH CITY MANAGER, Appellants/Cross-Appellees | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-276483-15) |
| V. | | |
| | § | March 17, 2022 |
| STEPHANNIE LYNN RYLIE, TEXAS C&D AMUSEMENTS, INC., AND BRIAN AND LISA SCOTT D/B/A TSCA AND D/B/A RIVER BOTTOM PUB, Appellees/Cross-Appellants | § | Opinion by Justice Kerr |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again

considered the record on appeal in this case and holds that there was error in part of

the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and rendered in part.

We reverse that portion of the trial court's judgment denying Appellants'/Cross-Appellees' declaratory-judgment counterclaim, and we render judgment dismissing the counterclaim for want of jurisdiction.

We reverse that portion of the trial court's judgment denying Appellees'/Cross-Appellants' alcoholic-beverage-code preemption claim, and we render judgment declaring that the Texas Alcoholic Beverage Code preempts section 1, § 4.305(C)(6)(e) of Ordinance No. 21499-10-2014 and section 1, § 20-120(a) of Ordinance No. 21500-10-2014.

We reverse that portion of the trial court's judgment partially granting Appellees'/Cross-Appellants' request for declaratory relief and holding that Chapter 2153 of the Texas Occupations Code preempts certain provisions of the City of Fort Worth's ordinances. We render judgment denying those requests for declaratory relief.

We affirm the rest of the trial court's judgment.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr